| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 28 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., | No. 23-16032 |
| Plaintiffs-Appellees, | D.C. No. 4:18-cv-06810-JST<br>Northern District of California, Oakland |
| v. | |
| JOSEPH R. BIDEN, President of the United States; et al., | ORDER |
| Defendants-Appellants. | |

The court has received appellants' emergency motion for a stay pending appeal. The response to the motion is due by 5:00 p.m. Pacific Time on Tuesday, August 1, 2023. Any reply in support of the motion is due by 5:00 p.m. Pacific Time on Wednesday, August 2, 2023.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA114