|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 3 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EAST BAY SANCTUARY COVENANT; et al.,

                Plaintiffs-Appellees,

 v.

JOSEPH R. BIDEN, President of the United States; et al.,

                Defendants-Appellants.

No. 23-16032

D.C. No. 4:18-cv-06810-JST
Northern District of California, Oakland

ORDER

The available members of the panel that decided *East Bay Sanctuary Covenant v. Biden*, Nos. 18-17274 and 18-17436, have accepted this appeal as a comeback case. *See* 9th Cir. Gen. Ord. 3.6(d). Pursuant to G.O. 3.2(h), Judge VanDyke has been drawn to replace Judge Fernandez.

The reconstituted panel is now: W. FLETCHER, PAEZ, and VANDYKE, Circuit Judges.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT