FILED

AUG 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., | No. 23-16032 |
| Plaintiffs-Appellees, | D.C. No. 4:18-cv-06810-JST Northern District of California, Oakland |
| v. | |
| JOSEPH R. BIDEN, President of the United States; et al., | ORDER |
| Defendants-Appellants. | |

Oral argument in this case will take place on Tuesday, November 7, 2023 at 2:00 p.m. in Pasadena, California.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT