FILED

AUG 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., | No. 23-16032 |
| Plaintiffs-Appellees, | D.C. No. 4:18-cv-06810-JST Northern District of California, Oakland |
| v. | |
| JOSEPH R. BIDEN, President of the United States; et al., | ORDER |
| Defendants-Appellants. | |

Before: W. FLETCHER, PAEZ, and VANDYKE, Circuit Judges.

Appellants' motion for an extension of the briefing schedule [Dkt. No. 24] is hereby **GRANTED**. The opening brief and excerpts of record shall be filed by September 7, 2023. The answering brief shall be filed by October 5, 2023. The optional reply brief shall be filed by October 12, 2023. No further extensions of time shall be granted.

The oral argument remains scheduled for November 7, 2023, at 2:00 p.m., in Pasadena.