UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

AUG 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States; et al., <br><br> Defendants - Appellants. | No. 23-16032 <br><br> D.C. No. 4:18-cv-06810-JST <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |

This case is RELEASED from the Mediation Program.

FOR THE COURT:

bls/mediation

Robert S. Kaiser
Circuit Mediator