No. 23-16032

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

EAST BAY SANCTUARY COVENANT, et al.,

Plaintiffs-Appellees,

v.

JOSEPH R. BIDEN, President of the United States, in his official capacity, et al.,

Defendants-Appellants,

-------------------------------------------

STATE OF ALABAMA, et al.,

Intervenors - Pending.

UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF FOR
*AMICUS CURIAE* IMMIGRATION REFORM LAW INSTITUTE
IN SUPPORT OF THE STATES' MOTION TO INTERVENE
AND REVERSAL

        Matt A. Crapo
        Christopher J. Hajec
        Immigration Reform Law Institute
        25 Massachusetts Ave., NW, Suite 335
        Washington, DC 20001
        Telephone: (202) 232-5590

        Attorneys for *Amicus Curiae*
        Immigration Reform Law Institute

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* Immigration Reform Law Institute makes the following disclosures:

1) For non-governmental corporate parties please list all parent corporations: None.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock: None.

DATED: March 14, 2024                    Respectfully submitted,

/s/ Matt Crapo
Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590

Movant Immigration Reform Law Institute ("IRLI") respectfully requests the Court's permission to file the attached brief as *amicus curiae* in support of the States' motion to intervene. Neither party opposes this motion for leave to file an *amicus* brief. Plaintiffs-Appellees have stated in writing that they take no position on this motion, and the government "consents to a timely *amicus* brief."

IRLI is a non-profit 501(c)(3) public interest law firm dedicated to litigating immigration-related cases on behalf of, and in the interests of, United States citizens, and also to assisting courts in understanding and accurately applying federal immigration law. IRLI filed an *amicus* brief in support of Appellants. *See* ECF Doc. 37. IRLI seeks leave to file the attached *amicus* brief to bring several relevant matters to the Court's attention:

- The States' protectable interests in Emergency Medicaid costs, which would increase in the absence of the Rule due to a demonstrable increase in the number of aliens released into the United States.

- The States' procedural interests under the APA in participating in rulemaking.

- Administrative law principles that may be breached if the government abandons its defense of the Rule and settles the case by consent decree.

These issues are relevant to this Court's decision on the motion to intervene, and thus the accompanying brief may aid the Court. For the foregoing reasons,

1

2

IRLI requests that the Court grant this motion for leave to file the accompanying brief as *amicus curiae*.

DATED: March 14, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Matt A. Crapo
　　　　　　　　　　　　　　　　　　Matt A. Crapo
　　　　　　　　　　　　　　　　　　Christopher J. Hajec
　　　　　　　　　　　　　　　　　　Immigration Reform Law Institute
　　　　　　　　　　　　　　　　　　25 Massachusetts Ave., NW, Suite 335
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　Telephone: (202) 232-5590

　　　　　　　　　　　　　　　　　　Attorneys for *Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

1.    The foregoing motion complies with the type-volume limitation of Fed. Fed. R. App. P. 27(d)(2)(A) because:

This motion contains 239 words, including footnotes, but excluding the parts exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2.    This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

This brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

DATED: March 14, 2024        Respectfully submitted,

/s/ Matt Crapo
Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590

Attorneys for *Amicus Curiae*

## CERTIFICATE OF SERVICE

I certify that on March 14, 2024, I electronically filed the foregoing motion for leave to file with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Matt Crapo
Matt A. Crapo