No. 23-16032

# In the United States Court of Appeals for the Ninth Circuit

EAST BAY SANCTUARY COVENANT, ET AL.,
*Plaintiffs-Appellees*,

v.

JOSEPH BIDEN, ET AL.,
*Defendants-Appellants*,

v.

ALABAMA, ET AL.,
*Proposed Intervenor-Defendants*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. 4:18-cv-06810-JST

**STATES OF FLORIDA, ARKANSAS, INDIANA, IOWA, KENTUCKY, MISSISSIPPI, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NORTH DAKOTA, OHIO, SOUTH CAROLINA, SOUTH DAKOTA, TEXAS, UTAH, AND VIRGINIA'S MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PROPOSED INTERVENOR-DEFENDANTS**

March 18, 2024

ASHLEY MOODY
*Attorney General of Florida*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*henry.whitaker@myfloridalegal.com*

HENRY C. WHITAKER
*Solicitor General*
JAMES H. PERCIVAL
*Chief of Staff*
BRIDGET K. O'HICKEY
*Assistant Solicitor General*

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29, the States of Florida, Arkansas, Indiana, Iowa, Kentucky, Mississippi, Missouri, Montana, Nebraska, New Hampshire, North Dakota, Ohio, South Carolina, South Dakota, Texas, Utah, and Virginia (the "Amici States") move for leave to file an amicus brief in support of the proposed intervenor States of Alabama, Kansas, Georgia, Louisiana, and West Virginia's (the "Intervenor States") motion to intervene.

Rule 29(a) "governs amicus filings during a court's initial consideration of a case on the merits" and permits a State to file an amicus brief without leave of the Court. Fed. R. App. P. 29(a)(2). As to timing, however, that rule ordinarily requires amici to file briefs in support of a party "no later than 7 days after the principal brief of the party being supported is filed" unless the "court . . . grant[s] leave for later filing." Fed. R. App. P. 29(a)(6).

Here, the Amici States seek to file this amicus brief in support of the Intervenor States' motion, not in support of a "principal brief," which the Intervenor States have not yet had an opportunity to file. But to the extent the 7-day time limit applies here, the Amici States move for leave

1

to file their brief eleven days after the filing of the Intervenor States' motion.

This Court granted the parties' joint motion to hold this appeal in abeyance on February 22, 2024. DE83; DE85-1. Fourteen days later, the Intervenor States moved to intervene. DE86. Now, six business days after Florida learned of this matter, the Amici States seek leave to file their brief. This Court should grant the Amici States' motion and deem the attached amicus brief timely filed because they worked diligently to prepare their brief and consult with other affected Amici States when they learned of the Intervenor States' motion to intervene.

On behalf of the Amici States, Florida's counsel conferred with counsel for Plaintiffs-Appellees and Defendants-Appellants to determine the parties' positions on this motion. Plaintiffs-Appellees stated: "Plaintiffs-Appellees oppose the motion given that the late filing will not allow them an opportunity to respond." And Defendants-Appellants reported: "The government takes no position on the motion in light of the untimeliness of the proposed amicus brief." The Amici States, however, are authorized to represent that the Intervenor States do not oppose permitting

the parties additional time to respond to their motion or to file a separate response to the Amici States' brief.

Dated: March 18, 2024

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
JAMES H. PERCIVAL
  *Chief of Staff*
BRIDGET K. O'HICKEY
  *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Amicus Curiae State of Florida*

*Amici Curiae*

Tim Griffin
Attorney General of Arkansas

Theodore E. Rokita
Attorney General of Indiana

Brenna Bird
Attorney General of Iowa

3

Russell Coleman
Attorney General of Kentucky

Lynn Fitch
Attorney General of Mississippi

Andrew Bailey
Attorney General of Missouri

Austin Knudsen
Attorney General of Montana

Mike Hilgers
Attorney General of Nebraska

John Formella
Attorney General of New Hampshire

Drew Wrigley
Attorney General of North Dakota

Dave Yost
Attorney General of Ohio

Alan Wilson
Attorney General of South Carolina

Marty Jackley
Attorney General of South Dakota

Ken Paxton
Attorney General of Texas

5

Sean Reyes
Attorney General of Utah

Jason Miyares
Attorney General of Virginia

## CERTIFICATE OF COMPLIANCE

1. This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A)'s word limit because it contains 410 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Henry C. Whitaker*
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on March 18, 2024, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General