23-16032

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

EAST BAY SANCTUARY COVENANT, et al.,
Plaintiffs-Appellees
v.
JOSEPH BIDEN, et al.,
Defendants-Appellants
v.
ALABAMA, et al.,
Proposed Intervenor-Defendants.

ON APPEAL FROM THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Case No. 4:18-cv-06810-JST

**MOTION FOR EXTENSION OF TIME**

STEVE MARSHALL
ALABAMA ATTORNEY GENERAL

KRIS W. KOBACH
KANSAS ATTORNEY GENERAL

EDMUND G. LACOUR, JR.
*SOLICITOR GENERAL OF ALABAMA*
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

ANTHONY J. POWELL
*SOLICITOR GENERAL OF KANSAS*
ABHISHEK KAMBLI
*DEPUTY ATTORNEY GENERAL*
OFFICE OF THE ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, KS 66612
785-296-2215
Anthony.Powell@ag.ks.gov
Abhishek.Kambli@ag.ks.gov

March 20, 2024

PROPOSED DEFENDANT-INTERVENORS'
MOTION FOR EXTENSION OF TIME

# MOTION FOR EXTENSION OF TIME

The States of Alabama, Kansas, Georgia, Louisiana, and West Virginia (the "States") hereby request an additional seven days (until April 1, 2024) in which to file a reply Appellant's and Appellee's Responses in Opposition to the Motion to Intervene) and, in support hereof, state as follows:

1. On March 7, 2024, the States filed a motion to intervene in this case. (Dkt. 86.)

2. On March 18, 2024, Appellant and Appellee separately filed responses in opposition to the motion to intervene. (Dkts. 96-97.)

3. The States' reply to both responses is due by March 25, 2024.

4. The States conferred with counsel for Appellant and Appellee, requesting their assent to additional time to file the reply due to overlapping deadline. Appellant did not object to an April 1, 2024 deadline. Appellee did not provide a position.

5. This is the States' first request for an extension of time. The States' are not filing this motion for the purpose of delay but in order to ensure that they have adequate time to provide a reply.

WHEREFORE, the States respectfully request that the Court grant them an additional seven days (until April 1, 2024) in which to file a reply to Appellant and Appellee Responses in Opposition to the Motion to Intervene.

Respectfully Submitted,

KRIS W. KOBACH
Attorney General of Kansas

*/s/* Abhishek S. Kambli
Abhishek S. Kambli
*Deputy Attorney General*
Office of the Kansas Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Fax: (785) 291-3767
Email: Abhishek.Kambli@ag.ks.gov
*Attorney for Proposed Intervenor-Defendants*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## Certificate of Compliance

**9th Cir. Case Number(s)** 23-16032

I am the attorney or self-represented party.

**This brief contains** 210 **words,** including 0 words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The brief's type size and typeface comply with FRAP 27(d)(1)(E) and FRAP 32(a)(5) and (6).

I certify that this brief complies with the word limit of FRAP 27(d)(2)(A).

**Signature** s/ Abhishek S. Kambli **Date** March 20, 2024