| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 29 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EAST BAY SANCTUARY COVENANT; et al.,

        Plaintiffs-Appellees,

 v.

JOSEPH R. BIDEN, President of the United States; et al.,

        Defendants-Appellants.

No. 23-16032

D.C. No. 4:18-cv-06810-JST
Northern District of California,
Oakland

ORDER

State of Florida, et al. motion to extend time to file amicus brief (Docket Entry No. 98) is granted. Hamilton Lincoln Law Institute motion to become amicus curiae (Docket Entry No. 105) is granted. Appellees East Bay Sanctuary Covenant, et al. and Appellants Joseph R. Biden, et al. may file briefs in response to any unique arguments raised in these amici briefs on or before April 5, 2014. The briefs shall not exceed 1,500 words. The deadline for State of Kansas, et al. to file a reply brief is extended until April 12, 2024.

                          FOR THE COURT:

                          MOLLY C. DWYER
                          CLERK OF COURT