**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 02 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>JOSEPH R. BIDEN, President of the United States; et al.,<br><br>        Defendants - Appellants,<br><br>------------------------------<br><br>STATE OF ALABAMA; et al.,<br><br>        Intervenors - Pending. | No. 23-16032<br><br>D.C. No. 4:18-cv-06810-JST<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The amicus brief submitted on March 18, 2024 by State of Florida, et al. is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT