| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUN 24 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EAST BAY SANCTUARY COVENANT; et al.,

          Plaintiffs-Appellees,

 v.

JOSEPH R. BIDEN, President of the United States; et al.,

          Defendants-Appellants,

_____

NIKOLAI BELOV,

          Intervenor-Pending.

No.  23-16032

D.C. No. 4:18-cv-06810-JST
Northern District of California, Oakland

ORDER

Before: W. FLETCHER, PAEZ, and VANDYKE, Circuit Judges.

      Nikolai Belov has moved to intervene in this appeal. Dkt. No. 115. Belov has not met the standard for intervention as of right. *See Wilderness Soc'y v. U.S. Forest Serv.*, 630 F.3d 1173, 1177 (9th Cir. 2011) (en banc). For similar reasons, we do not exercise our discretion to grant permissive intervention. *See Cameron v. EMW Women's Surgical Center, P.S.C.*, 595 U.S. 267, 278–79 (2022). Accordingly, Belov's Motion to Intervene is **DENIED**.