# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 25, 2024

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Nikolai Belov
          v. East Bay Sanctuary Covenant, et al.
          No. 24-574
          (Your No. 23-16032)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 20, 2024 and placed on the docket November 25, 2024 as No. 24-574.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst