IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs-Appellees,<br>v.<br><br>Joseph R. Biden, President of the United States, in his official capacity, *et al.*,<br><br>Defendants-Appellants. | No. 23-16032 |

**JOINT STATUS REPORT**

On February 21, 2024, this Court placed this appeal "in abeyance pending the parties' settlement discussions" and directed the filing of status reports every 60 days while the case remains in abeyance. Order (Feb. 21, 2024). The parties filed their first four status reports on April 22, June 21, August 20, and October 21, 2024, and now file their fifth.

Counsel for the government and counsel for plaintiffs have been engaged in discussions regarding continued implementation of the challenged Rule and related policies and whether a settlement could eliminate the need for further litigation in this case and a case raising similar claims pending in the United States District Court for the District of Columbia. Those discussions remain ongoing, and the parties agree that proceedings should remain stayed to facilitate those continuing discussions.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

DANIEL TENNY

*s/ Sean R. Janda*
SEAN R. JANDA
BRIAN J. SPRINGER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7260*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, D.C. 20530*
  *(202) 514-3388*

MORGAN RUSSELL

*s/ Morgan Russell*
Morgan Russell
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
mrussell@aclu.org

December 2024