# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 27, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Nikolai Belov
         v. East Bay Sanctuary Covenant, et al.
         No. 24-574
         (Your No. 23-16032)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                        Sincerely,

                        **Scott S. Harris**, Clerk