**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs-Appellees, <br> v. <br><br> Donald J. Trump, President of the United States, in his official capacity, *et al.*, <br><br> Defendants-Appellants. | No. 23-16032 |

**NOTICE**

On February 21, 2024, this Court placed this appeal "in abeyance pending the parties' settlement discussions" related to this appeal and to a case raising similar claims pending in the United States District Court for the District of Columbia. Order (Feb. 21, 2024). The Court directed the parties to "promptly notify the court" if "the parties settle this case or settlement discussions fail." *Id.*

The parties now notify the Court that the parties have concluded their settlement discussions. Those discussions have not resulted in any alterations to the Rule challenged in this appeal. The parties respectfully request that the Court extend the abeyance for 14 additional days to permit the parties the opportunity to provide the Court with the parties' views on appropriate next steps in light of developments

while the case was in abeyance.

                                        Respectfully submitted,

                                        BRETT A. SHUMATE
                                          *Acting Assistant Attorney General*

                                        DANIEL TENNY

                                        *s/ Sean R. Janda*
                                        SEAN R. JANDA
                                        BRIAN J. SPRINGER
                                          *Attorneys, Appellate Staff*
                                          *Civil Division, Room 7260*
                                          *U.S. Department of Justice*
                                          *950 Pennsylvania Avenue NW*
                                          *Washington, D.C. 20530*
                                          *(202) 514-3388*

                                        MORGAN RUSSELL

                                        *s/ Morgan Russell*
                                        Morgan Russell
                                        ACLU FOUNDATION
                                        IMMIGRANTS' RIGHTS PROJECT
                                        425 California Street, Suite 700
                                        San Francisco, CA 94104
                                        T: (415) 343-0770
                                        mrussell@aclu.org

February 2025