| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 6 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al.,<br><br>   Plaintiffs-Appellees,<br><br> v.<br><br>JOSEPH R. BIDEN, President of the United States; et al.,<br><br>   Defendants-Appellants. | No.   23-16032<br><br>D.C. No. 4:18-cv-06810-JST<br>Northern District of California, Oakland<br><br>ORDER |

Before:  W. FLETCHER, PAEZ, and VANDYKE, Circuit Judges.

Having considered the parties' most recent status report, the court orders the following: within fourteen (14) days of the filing of this order the parties shall provide the court with their "views on appropriate next steps." The abeyance previously ordered by the court shall remain in place pending the parties' filing(s).